IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MELISSA TRIBBLE                                                                                       PLAINTIFF

v.                                       Case No. 1:23-cv-1103

THE NRECA LONG-TERM
DISABILITY PLAN                                                                                      DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal. ECF No. 20. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge